LAW OFFICES OF MELVIN NEAL
Melvin Neal, Esq. (SBN 153936)
633 West 5th Street, Suite 2800
Los Angeles, California 90071
Telephone: (213) 683-533; Facsimile: (213) 260-6000
mneal@mneallaw.com

Attorney for Plaintiffs JOHN CHESS, and DAVID ORENBERG

Jaikaran Singh CA Bar No. 201355
FOLEY & LARDNER LLP
11988 El Camino Real, Suite 400
San Diego, CA 92130
Telephone: 858.847.6700 Facsimile: 858.792.6773
jsingh@foley.com

Attorneys for Defendant CF ARCIS IX LLC

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JOHN CHESS, and DAVID ORENBERG, individually and on behalf of all others similarly situated<br><br>Plaintiffs,<br><br>v.<br><br>CF ARCIS IX LLC d/b/a THE CLUB AT RUBY HILL, and DOES 1 through 100,<br><br>Defendants. | Case No.: 3:20-cv-01625-CRB<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE [FRCP 41(a)(1)(A)(ii)]; ~~[PROPOSED]~~ ORDER OF DISMISSAL**<br><br>Judge: Hon. Charles R. Breyer |

Plaintiffs John Chess and David Orenberg ("Plaintiffs") and Defendant CF Arcis IX LLC, erroneously sued as CF ARCIS IX LLC d/b/a The Club at Ruby Hill ("Defendant"), hereby stipulate under Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure that this action be dismissed with prejudice as to all claims, causes of action, and parties, with each party bearing their own attorney's fees and costs.

All signatories listed concur on this Stipulation's content and have authorized the filing.

DATED: December 22, 2021

**FOLEY & LARDNER LLP**

By: /s/ Jaikaran Singh
Jaikaran Singh
Attorneys for Defendant, CF Arcis IX LLC

DATED: December 22, 2021

**LAW OFFICES OF MELVIN NEAL**

By: /s/ Melvin Neal
Melvin Neal
Attorney for Plaintiffs

**ORDER OF DISMISSAL**

Pursuant to the stipulation of the parties under Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, IT IS ORDERED THAT THIS ACTION BE, AND HEREBY IS, DISMISSED WITH PREJUDICE as to all claims, causes of action, and parties, with each party bearing their own attorney's fees and costs. The Clerk is directed to close the file.

DATED: January 3, 2022



Honorable Charles R. Breyer